UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff )<br>  )<br>vs. )<br>Oscar Rene La Madrid- )<br>          Zepeda )<br>      Defendant(s) )<br>_____ ) | CRIMINAL NO. 07CR3084-IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 94203008 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

David Gutierrez-Navarro

DATED: 11-20-07

RECEIVED _____
                 DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
          by
                 Deputy Clerk