# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff ) | CRIMINAL NO. 07CR3084-IEG |
| ) vs. ) | ORDER |
| Oscar Rene La Madrid-Zepeda ) ) | RELEASING MATERIAL WITNESS |
| ) Defendant(s) ) | Booking No. 94203008 |

On order of the United States District/<u>Magistrate Judge</u>, NITA L. [STORMES]

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Araceli Arce-Jaramillo

DATED: 11-20-07

NITA L. [STORMES]
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082