```
 1  MARILYN B. GUNNER, ESQ. SB# 149540
    P.O. Box 605
 2  La Mesa, Ca.  91944-0605
    Telephone:  (619) 461-8716
 3  Fax:        (619) 461-6795

 4  Attorney for Material Witnesses

 5
                      UNITED STATES DISTRICT COURT
 6                   SOUTHERN DISTRICT OF CALIFORNIA

 7

 8  UNITED STATES OF AMERICA,     )   Criminal Case No: 07cr3084 IEG
                                  )
 9              PLAINTIFF,        )   Magistrate No:    07mj2587 NLS
         V.                       )
10                                )
    OSCAR RENE LA MADRID-ZEPEDA,  )
11                                )   PROOF OF SERVICE
                DEFENDANT.        )
12                                )
                                  )
13
         1.   I am a citizen of the United States and a resident of the
14  County of San Diego; I am over the age of eighteen years and not a
    party to the entitled action; my business address is P. O. Box 605,
15  La Mesa, California 91944.

16       2.   On April 29, 2008, I served the document(s) described
    below as:
17   (3) EX PARTE MOTION TO EXONERATE MATERIAL WITNESS BONDs w/EXHIBITs
    for Araceli Arce-Jaramillo, Esmeralda Mednoza-Palos, and David
18  Navarro-Gutierrez

19   BY ELECTRONIC FILING TO:

20   All parties named in the Docket for service via ECF; Siri Shetty:
    attyshetty@yahoo.com,  US  ATTORNEY  Andrew  G.  Schopler:
21  Andrew.Schopler@usdoj.gov , Efile.dkt.gc2@usdoj.gov

22  and the proposed Orders to Exonerate the Bond by E-mail to those same
    parties.
23

24
         I declare under penalty of perjury under the laws of the State
25  of California that the foregoing is true and correct.  Executed
    April 29, 2008, San Diego, California.
26

27                            S/ MARILYN B. GUNNER
                              Attorney for Material Witness
28                            E-MAIL: mgunner@cox.net

    US V. LaMadrid-Zepeda   Proof of Service          07mj2587 nls, 07cr3084 IEG
```